# U.S. District Court
## California Northern District (Oakland)
## CRIMINAL DOCKET FOR CASE #: 4:26-mj-70262-MAG-1

Case title: USA v. Riley

Date Filed: 03/12/2026

Other court case number: 3:26-mj-00049 District of Oregon (Portland)

Date Terminated: 03/17/2026

---

Assigned to: Magistrate Judge

**Defendant (1)**

**Donte Darnell Riley**
*TERMINATED: 03/17/2026*

| Pending Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 18 U.S.C. § 1591(a)(1), (b)(2), (c) Sex Trafficking of a Minor / Force, Fraud, Coercion; 18 U.S.C. § 2423(a) Transportation of Minors with the Intent to Engage in Criminal Sexual; 18 U.S.C. § 1201 Kidnapping | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Kelly Irene Volkar** <br> DOJ-USAO <br> Northern District of California <br> 1301 Clay Street <br> Suite 340s <br> Oakland, CA 94612 <br> 415-370-9521 <br> Email: kelly.volkar@usdoj.gov |

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Kent Douglas Stejskal**
DOJ-USAO
Northern District of California
1301 Clay St.
Ste 340s
Oakland, CA 94612
415-846-7364
Email: kent.stejskal@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2026 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Donte Darnell Riley (1). (anj, COURT STAFF) (Filed on 3/12/2026) (Entered: 03/12/2026) |
| 03/12/2026 | 2 | CLERK'S NOTICE as to Donte Darnell Riley. Initial Appearance set for 3/12/2026 10:30 AM in Oakland, Courtroom 4, 3rd Floor before Magistrate Judge Laurel Beeler. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (ejk, COURT STAFF) (Filed on 3/12/2026) (Entered: 03/12/2026) |
| 03/12/2026 | 3 | Memorandum in Support and MOTION for Detention by USA as to Donte Darnell Riley. (Attachments: # 1 Exhibit Exhibit 1)(Stejskal, Kent) (Filed on 3/12/2026) Modified on 3/13/2026 (anj, COURT STAFF). (Entered: 03/12/2026) |
| 03/12/2026 | 4 | Minute Entry for proceedings held before Magistrate Judge Laurel Beeler: Initial Appearance as to Donte Darnell Riley held on 3/12/2026. Defendant REMANDED to Custody.<br><br>The Court directs entry of the following Order: Pursuant to the Due Process Protection Act, the Court advised government counsel of the government's disclosure obligations under *Brady v. Maryland* and its progeny, and that the failure to do so in a timely manner may result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances.<br><br>Status Hearing set for 3/17/2026 at 10:30 AM in Oakland, Courtroom 4, 3rd Floor before Magistrate Judge Peter H Kang. (Liberty Digital Recording Time: 10:35 - 10:48). (anj, COURT STAFF) (Filed on 3/12/2026) (Entered: 03/12/2026) |
| 03/17/2026 | 5 | Minute Entry for proceedings held before Magistrate Judge Peter H Kang: Detention Hearing as to Donte Darnell Riley held on 3/17/2026. Defendant REMANDED to Custody. Defendant Ordered removed to District of Oregon.<br><br>(Liberty Digital Recording Time: 11:20 - 12:06). (anj, COURT STAFF) (Filed on 3/17/2026) (Entered: 03/17/2026) |
| 03/17/2026 | 6 | **COMMITMENT TO ANOTHER DISTRICT as to Donte Darnell Riley. Defendant committed to the District of Oregon. Signed by Magistrate Judge Peter H Kang on 3/17/2026. (anj, COURT STAFF) (Filed on 3/17/2026) (Entered: 03/18/2026)** |

| 03/17/2026 | 7 | WAIVER of Rule 5 Hearings by Donte Darnell Riley (anj, COURT STAFF) (Filed on 3/17/2026) (Entered: 03/18/2026) |
|---|---|---|
| 03/18/2026 | 8 | CLERK'S NOTICE Re: Rule 5 Transmission to the District of Oregon (Portland division) as to Donte Darnell Riley (anj, COURT STAFF) (Filed on 3/18/2026) (Entered: 03/18/2026) |
| 03/18/2026 | 9 | NOTICE OF CRIMINAL CASE TRANSFER.<br><br>Case transfer from California Northern to Oregon (Portland Division) of a Rule 5, Rule 32, or Rule 40 Appearance as to Donte Darnell Riley. Your case number is: 3:26-mj-00049-1. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov<br>*If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (anj, COURT STAFF) (Filed on 3/18/2026) (Entered: 03/18/2026) |